Case 5:16-cv-00064-R   Document 49   Filed 12/07/16   Page 1 of 1

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

**OKLAHOMA CITY, OK**
**DATE: December 7, 2016**

| | | |
|---|---|---|
| **DEBORAH DeMOSS and** | ) | |
| **RICHARD DICKERHOFF,** | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. CIV-16-64-R |
| | ) | |
| **THE BOEING COMPANY,** | ) | |
| | ) | |
| Defendant. | ) | |

**ENTER ORDER:**

Settlement conferences were held on November 28, 2016, and December 6, 2016, before Magistrate Judge Charles B. Goodwin. Mark Hammons appeared on behalf of Plaintiffs as lead trial counsel, and Sam Fulkerson appeared on behalf of Defendant as lead trial counsel. The case settled.

By direction of Magistrate Judge Goodwin, we have entered the above enter order.

                Carmelita Reeder Shinn, Clerk

         By: s/Jacob Buckle
            Deputy Clerk