# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DEBORAH DEMOSS, and )<br>)<br>RICHARD W. DICKERHOFF, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>THE BOEING COMPANY, )<br>)<br>Defendant. ) | Case No. CIV-2016- 64-R |

## JOINT STIPULATION OF DISMISSAL

**COME NOW** the parties, and hereby stipulate and agree that, pursuant to Rule 41(a)(1)(A)(ii), the above captioned matter be dismissed with prejudice against the filing of a future action thereon. Each party to bear their own fees and costs.

**RESPECTFULLY SUBMITTED THIS 19th DAY OF JANUARY, 2017.**

| | |
|---|---|
| s/Mark Hammons<br>Mark Hammons, OBA No. 3748<br>325 Dean A. McGee Ave.<br>Oklahoma City, Oklahoma 73102<br>Telephone: (405) 235-6100<br>Facsimile: (405) 235-6111<br>Email: cheri@hammonslaw.com<br>*Counsel for Plaintiff* | s/Lauren Barghols Hanna<br>(*Signed by filing party with permission*)<br>Sam R. Fulkerson, OBA #14370<br>Lauren Barghols Hanna, OBA #21594<br>MCAFEE & TAFT A PROFESSIONAL CORPORATION<br>10th Floor, Two Leadership Square<br>211 North Robinson<br>Oklahoma City, OK 73102-7103<br>Telephone:(405) 235-9621<br>Facsimile:  (405) 235-0439<br>Email: sam.fulkerson@mcafeetaft.com<br>        Lauren.hanna@mcafeetaft.com<br>*Attorneys for Defendant The Boeing Company* |